ELIZABETH CRAMER, Respondent, v. MARY FOGARTY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSE GAST and Others, Respondents, v. INDEPENDENT TROUSER CO., INC., Appellant, Impleaded with Another.— Judgment appealed from in favor of plaintiff Annie Strauss against defendant, appellant reversed, the action severed, and a new trial ordered against the said plaintiff, with costs to the appellant to abide the event, unless the said plaintiff stipulates to reduce the judgment as entered in her favor to the sum of $1,352.60; in which event the judgment as so modified is affirmed, without costs. Judgment in favor of the plaintiffs Rose Gast and Philip Gast against defendant, appellant affirmed, with costs to the said plaintiffs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

C. LUDWIG BAUMANN, Respondent, v. DEWITT STETTEN and Another, as Trustees, etc., and Another, Respondents, Impleaded with BERENICE L. BAUMANN, Individually and as General Guardian of ELIZABETH BAUMANN and Another, Infants, Appellant.— Order modified by reducing compensation to Guardian ad litem for service rendered subsequent to the judgment, including disbursements, to $1,562.30 (in addition to the $2,000 allowed in the judgment), and as so modified affirmed, with $10 costs and disbursements to the appellant against the plaintiff, respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERENCE REILLY, Respondent, v. ROBERT H. BARR, Warden of the City Prison and EDWARD P. MULROONEY, Commissioner of Police, etc., Appellants.— Order reversed, the writ dismissed and the relator remanded to custody, on the ground that it satisfactorily appears that the Parole Board of the State of New York, in retaking the relator, acted well within its power. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [143 Misc. 716.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSTAVE GUILLAUME, Respondent, v. ROBERT H. BARR, Warden of the City Prison and EDWARD P. MULROONEY, Commissioner of Police, etc., Appellants.— Order reversed, the writ dismissed and the relator remanded to custody, on the ground that it satisfactorily appears that the Parole Board of the State of New York, in retaking the relator, acted well within its power. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [143 Misc. 716.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH SULLIVAN, Respondent, v. ROBERT H. BARR, Warden of the City Prison and EDWARD P. MULROONEY, Commissioner of Police, etc., Appellants.*— Order reversed, the writ dismissed and the relator remanded to custody, on the ground that the relator received his pardon and restoration to citizenship conditionally and upon the understanding that his release should not in any way interfere with any condition or conditions upon which he was released from imprisonment, and that the relator accepted release upon parole subject to all the rules of the board of parole for State prisons and all laws relating to the parole of prisoners from the New York State prisons. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [143 Misc. 716.]

In the Matter of the Application of FRANK J. HEIMBURGER and Another, as

---

* Affd., 260 N. Y. 582.